JOHN RODGERS, Plaintiff in Error, *v.* ALEXANDER P. RODGERS *et al.,* Defendants in Error.

*Supreme Court—Practice.*—Judgment affirmed for failure to assign errors and prosecute writ of error.

*Error to Pike County Circuit Court.*

*R. A. Campbell,* for plaintiff in error.

*Henderson & Dyer,* for defendants in error.

WAGNER, Judge, delivered the opinion of the court.

The plaintiff in error in this case has wholly failed to file any assignment of errors, or any brief or statement, as required by law. With the concurrence of the other judges, the judgment of the Circuit Court will therefore be affirmed.